| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*Mark S. Cherry, Esquire*<br>*385 N. Kings Highway*<br>*Cherry Hill, NJ  08034*<br>*856-667-1234* | |
| In Re:<br><br>Bistro At Cherry Hill | Case No.:       25-14608<br><br>Chapter:         7<br><br>Hearing Date:   August 12, 2025<br><br>Judge:            JNP |

## NOTICE OF MOTION FOR VOLUNTARY WITHDRAWAL OF CHAPTER 7 BANKRUPTCY

Mark S. Cherry, attorney for Debtor, Bistro at Cherry Hill has filed papers with the court: Motion for Voluntary Withdraw of Chapter 7 bankruptcy.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:        August 12, 2025

Hearing Time:        2:00 pm

Hearing Location:    Mitchell H. Cohen U.S. Courthouse
                     400 Cooper Street, 4th Floor
                     Camden, N.J. 08101
                     Courtroom 4C

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Andrew Sklar, Chapter 7 Trustee
20 Brace Road
Suite 205
Cherry Hill, NJ 08034

US Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center – Ste. 2100
Newark, NJ  07102


If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.


Date:   July 11, 2025                                              /s/ Mark S. Cherry