UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*Mark S. Cherry, Esquire*
*385 N. Kings Highway*
*Cherry Hill, NJ  08034*
*856-667-1234*

| In Re: | | Case No.: | 25-14608 |
|---|---|---|---|
| Bistro at Cherry Hill | | Chapter: | 13 |
| | | Hearing Date: | August 12, 2025 |
| | | Judge: | JNP |

### STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.


Date: July 11, 2025                                    /s/ Mark S. Cherry
                                                       Attorney for Debtor
                                                       Bistro of Cherry Hill